UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MALCOM E. MARTIN<br>ROSE M. MARTIN | : | CASE NO. 02-23695rlk |
| DEBTORS | : | |
| MALCOM E. MARTIN<br>ROSE M. MARTIN<br>Movants | | |
| vs. | | |
| ARROW FINANCIAL SERVICES, LLC<br>and GENERAL OIL | | |
| Respondents | : | May 19, 2003 |

## MOTION TO AVOID LIENS IMPAIRING HOMESTEAD EXEMPTION

Malcom E. Martin and Rose M. Martin, (hereinafter referred to as the "Debtors"), acting through their attorney, Susan M. Williams, hereby move this Court for an Order voiding the judicial liens that impair the Debtor's claim of homestead exemption in accordance with Section 522(f) of the Bankruptcy Code and Bankruptcy Rule 3012. In support thereof the Debtors respectfully states the following:

1. The Debtors commenced this case by filing the above numbered voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on December 23, 2002, (hereinafter referred to as the "date of the filing").

2. On the date of the filing the Debtor owned an interest in the following real property: 5 Madison Road, Enfield, Connecticut, (hereinafter referred to as the "Property").

3. This motion is filed to avoid the judicial liens held by Arrow Financial Services and General Oil on the Property used as the Debtors primary residence.

4. On or about October 30, 1998 Arrow Financial Services, LLC obtained a judgment against the Debtors, in the amount of $3,236.44 and subsequently filed a lien against the Property as recorded in Volume 1165, Page 245 of the Enfield Land Records.

5. On or about November 30, 1998 General Oil obtained a judgment against the Debtors, in the amount of $845.97 and subsequently filed a lien against the Property as recorded in Volume 1177, Page 164 of the Enfield Land Records.

6. Pursuant to a market analysis prepared by Michael F. Smith of the Brownstone Appraisal Company the fair market value of the Property as of November 5, 2002 is $215,000.00.

7. The Property is encumbered by a first mortgage to Washington Mutual Bank, FA with a balance as of the date of the filing in the amount of $148,161.60.

8. Equity after the first mortgage equals $66,838.40.

9. The existence of the judicial liens on the Property impairs the exemption to which the Debtor would otherwise be entitled as claimed by the Debtor on Schedule C of the Bankruptcy Schedules.

9. The Debtor has claimed her homestead exemption under CGS 52-352b(t) in the amount of $66,838.40.

**WHEREFORE,** the Debtor prays for an Order against Arrow Financial LLC and General Oil for the avoidance of the judicial liens on the Property pursuant to 11 USC Section 522(f), Bankruptcy Rules of Court Rule 4003, and for such additional or alternative relief as may be just and proper.

> The Debtor,
> Martin E. Martin and
> Rose M. Martin
>
> By: _____
> Susan M. Williams, Esq.
> Susan M. Williams, LLC
> 146 High Street
> Enfield, CT 06082
> (860) 745-6611
> ct07862